

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

September 17, 2024

**BY EMAIL**
The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

    Re:    *United States v. Michael McCoy*, 24-MJ-3323

Dear Judge Krause:

    The Government writes respectfully to request that the Court unseal the Complaint in the above-captioned matter, as the defendant was arrested in Powder Springs, Georgia, this morning and will be presented in federal court in Atlanta later today.

    Sincerely,

    DAMIAN WILLIAMS
    United States Attorney

By: _____
    Jorja N. Knauer
    Assistant United States Attorney
    Southern District of New York
    (914) 993-1919

APPLICATION GRANTED.

Dated: September 17, 2024

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge